AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00108 |
| Mark Sahady | ) Assigned to: Judge Meriweather, Robin M |
|  | ) Assign Date: 1/18/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a)(1) and (2) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Gutierrez, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __01/18/2021__

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.18 16:16:58 -05'00'

*Judge's signature*
Robin M. Meriweather
United States Magistrate Judge
*Printed name and title*

City and state: __Washington, D.C.__